IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERNESTO R. HINOJOSA, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-1886 |
| | § | |
| GARY JOHNSON, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the unanimous verdict of the jury, the court **ADJUDGES** that plaintiff, Ernesto R. Hinojosa, Sr., **TAKE NOTHING** from defendants, Reginald Sims, George Webster, and Angela Massie, and that this action be **DISMISSED WITH PREJUDICE.**

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 30th day of September, 2009.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE